# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON ANDRES,<br>    Plaintiff,<br><br>    v.<br><br>OCWEN LOAN SERVICING, LLC,<br>et al.,<br>    Defendants. | CV 19-05739 DSF (JCx)<br><br>JUDGMENT |

The Court having granted a motion for judgment on the pleadings,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendants recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: December 4, 2019

_____
Dale S. Fischer
United States District Judge